# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARCUS MOORE

NO. 2023 KW 1309

**MARCH 13, 2024**

---

In Re:    Marcus Moore, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 01-98-0173.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

    **WRIT DENIED.** The new rule of criminal procedure announced
in **Ramos v. Louisiana**, 590 U.S. ___, 140 S.Ct. 1390, 206 L.Ed.2d
583 (2020), which provides for unanimity in jury verdicts is not
retroactive in Louisiana. **State v. Reddick**, 2021-01893 (La.
10/21/22), 351 So.3d 273, 283. See also **State v. Jackson**, 2022-
00720 (La. 5/16/23), 360 So.3d 473 (*per curiam*). Accordingly,
the district court did not err by dismissing relator's
successive application for postconviction relief. See La. Code
Crim. P. art. 930.8(A).

JMG
WRC
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT